■ In the Matter of DENISE STORK, Respondent-Appellant. CAMERON K. WEHRINGER, Appellant-Respondent. [616 NYS2d 958] —Order, Surrogate's Court, New York County (Eve Preminger, S.) entered on or about April 6, 1994, which, *inter alia,* awarded petitioner $7,500 plus interest, unanimously modified, on the facts, to reduce the amount of petitioner-appellant's net recovery to $6,500, and otherwise affirmed, without costs. Appeal from an order, same court and Surrogate, entered on or about March 17, 1994, which, *inter alia,* treated a motion to strike a misstatement as a motion for reargument and denied reargument, dismissed as one taken from a nonappealable order, without costs.

We modify to correct an arithmetic error in the long-form order to avoid an "unwarranted windfall" to counsel *(see, Matter of Lewin v New York City Conciliation & Appeals Bd.,* 88 AD2d 516, *affd* 57 NY2d 760). The record supports the Surrogate's determination that the services for which counsel was paid $7,500 were within the scope of services for which this Court ordered payment in quantum meruit in *Matter of Kleefeld* (168 AD2d 242), while the services in the Regine Kleefeld estate for which counsel was paid an additional amount of approximately $20,000 were not. Concur—Murphy, P. J., Rosenberger, Wallach, Ross and Rubin, JJ.